AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| Stanley Pierre | ) Case No. 3:20-cr-00051-KAD |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Stanley Pierre

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(Conspiracy to Commit Money Laundering); and
18 U.S.C. § 1957(Money Laundering)

Date: 03/11/2020

*Issuing officer's signature*

City and state: New Haven, Connecticut

A. Caffrey, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/11/20, and the person was arrested on *(date)* 3/16/20
at *(city and state)* ~~New Haven~~ Hartford, CT

Date: 03/16/20

*Arresting officer's signature*

Christopher Gust, Special Agent
*Printed name and title*